**Order entered June 18, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00447-CR

## EX PARTE DONTE TAYLOR

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02294-2021**

## ORDER

The Court has filed appellant's notice of appeal from the trial court's order denying relief on his pretrial application for writ of habeas corpus seeking a reduction on his bond. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Collin County District Clerk to file the clerk's record by **July 2, 2021**. We **ORDER** that the clerk's record contain copies of the charging instrument, any documents related to bond conditions or bond proceedings, the

application for writ of habeas corpus, any response to the writ application filed by the State, any other documents related to the writ application, the trial court's order ruling on the writ application, any findings of fact on the writ application that the trial court has entered, the certification of appellant's right to appeal, and any other documents filed with the clerk that the parties request.

We **ORDER** the court reporter to file, by **July 2, 2021**, either the reporter's record of the hearing on the writ application or written verification that no hearing was conducted.

We **ORDER** appellant's brief filed by **July 23, 2021**. We **ORDER** the State to file its brief by **August 13, 2021**. If appellant desires to file a reply brief, it must be filed within ten days after the filing of the State's brief. After the record and briefs are filed, the Court will notify the parties by letter of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Thompson, Presiding Judge, 416th Judicial District Court; Destiny M. Moses, official court reporter, 416th Judicial District Court; Lynne Finley, Collin County District Clerk; and counsel for all parties.

/s/     DENNISE GARCIA
        JUSTICE